

**FERRO KUBA MANGANO P.C.**

December 8, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/22

Honorable Justice Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United State of America v. Anthony Stravello, Case No.: 7:22-MJ-04021-UA

Dear Honorable Justice Davison,

    I represent the defendant, Mr. Anthony Stravello, in the above referenced criminal action. I respectfully request a temporary modification of Mr. Stravello's curfew hours on December 14, 2022, and only for that date, in order for him to attend his eleven year old daughter, Samantha's Winter and/or School Concert. The Winter and/or School concert will begin at 6:30 p.m. and we request a modification of his curfew hours from 7:30 p.m. to 10:00 p.m. so that he can stay for the entire concert and have sufficient time to drive his family home safely. The Winter Concert will be held at John Jay High School located at 2012 Route 52, Hopewell Junction, New York 12533.

    My office has contacted the Assistant United States Attorney, Mr. Jeffrey C. Coffman and the U.S. government consents to the temporary modification of Mr. Stravello's curfew hours. My office also contacted the Supervising Pretrial Officer, Ms. Shannon Finneran and she also has no objections to the to the temporary modification of Mr. Stravello's curfew hours.

    Therefore, I respectfully request that this Court grant defendant's letter motion and/or application for a temporary modification of Mr. Stravello's curfew hours on December 14, 2022, and that date only, be changed or modified from 7:30 p.m. to 10:00 p.m.

We thank the Court for its time and assistance in this matter.

Respectfully,

**APPLICATION GRANTED**

Hon. Paul E. Davison, U.S.M.J.
12-8-22

William V. Ferro, Esq. (WVF-1255)
Ferro, Kuba, Mangano, P.C.
825 Veterans Highway
Hauppauge, New York 11788
(631) 581-9494
(631) 883-9494 fax
Wferro@ferrokuba.com

825 Veterans Highway, Hauppauge, NY 11788  O 631.581.9494  F 631.883.9494
321 Broadway, Suite 400, New York, NY 10007  O 212.244.7676  F 212.244.9393

ferrokuba.com